THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARK WILLIAMS, Appellant, v. RICHARD E. ENRIGHT, as Police Commissioner of the City of New York, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

MARY SALAM, an Infant, by MICHAEL SALAM, Her Guardian ad Litem, Appellant, v. WILLIAM M. BARRETT, as President of the ADAMS EXPRESS COMPANY, an Unincorporated Joint Stock Association, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

PRICE AND PIERCE, LTD., Respondent, v. RIVER RAISIN PAPER COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.; Shearn, J., dissented.

CARRIE C. MOERS, Respondent, v. ALBERT A. MOERS, Appellant.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

LEON JOBIN v. JULIA W. M. C. LAWRENCE.— Motion granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

BOSTON INSURANCE COMPANY v. BROOKLYN HEIGHTS RAILROAD COMPANY.— Motion granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

C. RIEGER'S SONS, INC., v. CLARA H. CASTELLANOS and Others.— Motion granted, with ten dollars costs, unless appellant comply with terms stated in order    Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

UNION TRUST COMPANY, as Trustee, v. FREDERICK W. PAPE and Others. — Motion granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ANTHONY OFRIAS.— Motion granted. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

GIOVANNI CORDUSI v. CESARE PIANISANI.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

MAX J. KLEIN v. MATHILDA BLOCH, Impleaded.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

SAMUEL JOSEPH v. HARRY JOSEPH and Others.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.